JOAN B. TUCKER FIFE (SBN: 144572)
jfife@winston.com
RAQUEL M. MASON (SBN: 301747)
rmason@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone:    (415) 591-1000
Facsimile:    (415) 591-1400

Attorneys for Defendants
GLOBAL TILING, INC.
MARKUS STEINBRECHER

CLAUDIA CASTILLO (SBN: 215603)
claudia@resolvemploymentlaw.com
RESOLVEMPLOYMENT LAW
1592 Union Street Ste. 1650
San Francisco, CA 94123
Telephone:    (415) 346-9530
Facsimile:    (415) 358-8526

Attorney for Plaintiff
SOREN WITT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOREN WITT,<br><br>    Plaintiff,<br><br>    v.<br><br>GLOBAL TILING, INC., MARKUS STEINBRECHER, and DOES 1-10,<br><br>    Defendants. | **Case No. 3:18-cv-06784-VC**<br><br>*[Case Assigned to Hon. Vince Chhabria]*<br><br>**STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT; [PROPOSED] ORDER**<br><br>Complaint Served: November 28, 2018<br>Current Response Deadline: January 16, 2019<br>New Response Deadline: January 30, 2019 |

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

Plaintiff Soren Witt ("Plaintiff" and Defendants Global Tiling, Inc. and Markus Steinbrecher (collectively, "Defendants") (together, the "Parties), through their respective counsel, hereby stipulate and agree as follows:

1. Defendants current deadline to respond to Plaintiff's Complaint is January 16, 2019;
2. The Parties are currently working toward resolution of the matter;
3. To allow the Parties to resolve the matter, the Parties respectfully request that the deadline for Defendants' response to Plaintiff's Complaint be extended until January 30, 2019.

Dated: January 16, 2019         RESOLVEMPLOYMENT LAW

By:   /s/ Claudia Castillo
      Claudia Castillo
      Attorney for Plaintiff
      SOREN WITT

Dated: January 16, 2019         WINSTON & STRAWN LLP

By:   /s/ Raquel M. Mason
      Joan B. Tucker Fife
      Raquel M. Mason
      Attorneys for Defendants
      GLOBAL TILING, INC. and
      MARKUS STEINBRECHER

**ECF ATTESTATION**

Pursuant to Civil L.R. 5.1, the filer attests that concurrence in the filing of this document has been obtained from each of the signatories thereto.

Executed on January 16, 2019 in San Francisco, California.

      /s/ Raquel M. Mason
      Raquel M. Mason

**[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT**

Pursuant to this Stipulation, the new deadline for Defendants Global Tiling, Inc. and Markus Steinbrecher to respond to Plaintiff's initial Complaint is January 30, 2019.

IT IS SO ORDERED.

Dated: _____, 2019        _____
                                  Hon. Vince Chhabria
                                  United States District Judge