1  Claudia Castillo (State Bar No. 215603)
   RESOLVEMPLOYMENT LAW
2  1592 Union Street. Ste. 1650
   San Francisco, CA 94123
3  Tel: (415) 346-9530
   Fax: (415) 358-8526
4  claudia@resolvemploymentlaw.com

5

6  Noah Levin (State Bar No. 263069)
   LAW OFFICES OF NOAH LEVIN
7  1592 Union Street. Ste. 280
   San Francisco, CA 94123
   Tel: (415) 547-0626
8  noah@lawofficesofnoahlevin.com

9  Attorneys for Plaintiff Soren Witt

10

11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13

14                                          Case No. 3:18-cv-06784-VC

15                                          [*Case Assigned to Hon. Vince Chhabria*]

16  SOREN WITT,
                                            **NOTICE OF SETTLEMENT**
17          Plaintiff,

18     vs.                                  Complaint Filed: November 8, 2018

19  GLOBAL TILING, INC., MARKUS
    STEINBRECHER and DOES 1-10,
20
            Defendants.
21

22

23

24

25

26

27

28

---

**NOTICE OF SETTLEMENT**                                    **CASE NO. 3:18-cv-06784-VC**

TO THE CLERK OF THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE THAT the above-referenced case has been settled in its entirety. The parties anticipate that a Stipulated Request for Dismissal with prejudice, along with a declaration from Plaintiff's counsel attesting to the fairness of the settlement, will be filed no later than February 15, 2019. The parties and their respective counsel hereby respectfully request that all scheduled dates on this matter be taken off calendar.

Respectfully submitted,

Dated: January 30, 2019           ResolvEmployment Law


By: /s/ Claudia J. Castillo
      Claudia J. Castillo

Attorneys for Plaintiff
Soren Witt

---

1

**NOTICE OF SETTLEMENT**                    **CASE NO. 3:18-cv-06784-VC**