UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOREN WITT,<br><br>        Plaintiff,<br><br>   v.<br><br>GLOBAL TILING, INC., et al.,<br><br>        Defendants. | Case No.  18-cv-06784-VC<br><br><br>**ORDER RE: NOTICE OF SETTLEMENT**<br><br>Re: Dkt. No. 24 |

In line with the Notice of Settlement, the parties are directed to file a stipulated request for dismissal with prejudice by February 15, 2019. All deadlines and hearings in the case are vacated. Any pending motions are moot.

    **IT IS SO ORDERED.**

Dated: February 1, 2019

_____

VINCE CHHABRIA
United States District Judge