| | |
|---|---|
| 1 | JOAN B. TUCKER FIFE (SBN: 144572) |
| | jfife@winston.com |
| 2 | RAQUEL M. MASON (SBN: 301747) |
| | rmason@winston.com |
| 3 | WINSTON & STRAWN LLP |
| | 101 California Street, 35th Floor |
| 4 | San Francisco, CA 94111 |
| | Telephone:   (415) 591-1000 |
| 5 | Facsimile:   (415) 591-1400 |
| 6 | Attorneys for Defendants |
| | GLOBAL TILING, INC. |
| 7 | MARKUS STEINBRECHER |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOREN WITT, | **Case No. 3:18-cv-06784-VC** |
| Plaintiff, | *[Case Assigned to Hon. Vince Chhabria]* |
| v. | **CERTIFICATE OF SERVICE** |
| GLOBAL TILING, INC., MARKUS STEINBRECHER, and DOES 1-10, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**
**U.S. District Court, Northern District of California**
**Case No. 3:18-cv-06784 VC**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 101 California Street, San Francisco, California 94111-5846. On February 15, 2019, I served the following documents:

1. **JOINT ADMINISTRATIVE MOTION TO SEAL;**

2. **DECLARATION OF RAQUEL M. MASON IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO SEAL;**

3. **[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO SEAL;**

4. **REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED;**

5. **UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED.**

[X] by electronically transmitting copies of the documents listed above via email to the addressees as set forth below, in accordance with the parties' agreement to be served electronically pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), or Local Rule of Court, or court order. No error messages were received after said transmission.

| | |
|---|---|
| CLAUDIA CASTILLO<br>claudia@resolvemploymentlaw.com<br>RESOLVEMPLOYMENT LAW<br>1592 Union Street Ste. 1650<br>San Francisco, CA 94123<br>Telephone: (415) 346-9530<br>Facsimile: (415) 358-8526 | *Counsel for Plaintiff Soren Witt* |
| Noah Levin<br>noah@lawofficesofnoahlevin.com<br>Law Offices of Noah Levin<br>1592 Union Street. Ste. 280<br>San Francisco, CA 94123<br>Tel: (415) 547-0626 | *Counsel for Plaintiff Soren Witt* |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Signed:   */s/ Raquel M. Mason*
              Raquel M. Mason

Dated: February 15, 2019