UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOREN WITT,<br><br>        Plaintiff,<br><br>        v.<br><br>GLOBAL TILING, INC., et al.,<br><br>        Defendants. | Case No. 18-cv-06784-VC<br><br>**ORDER APROVING SETTLEMENT BUT DENYING MOTION TO SEAL**<br><br>Dkt. Nos. 26, 28 |

The parties' proposed FLSA settlement is approved, and this case is dismissed with prejudice under Rule 41(a)(2). *See* Dkt. No. 28. The Clerk of the Court is directed to close the case.

However, the parties' administrative motion to file under seal is denied. *See* Dkt. No. 26. Regardless of whether the "good cause" or "compelling reasons" standard applies, the parties' interest in maintaining the confidentiality of the settlement amount does not overcome the strong presumption in favor of unsealing FLSA agreements. *See Stalnaker v. Novar Corp.*, 293 F. Supp. 2d 1260, 1264 (D. Ala. 2003). Accordingly, the Clerk of the Court is directed to unseal Dkt. No. 26-4.

**IT IS SO ORDERED.**

Dated: April 15, 2019

_____
VINCE CHHABRIA
United States District Judge